**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| MANUEL SOTO MUNOZ,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, et al.<br><br>Respondents. | No. 5:25-cv-02898-MRA-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.  The Report and Recommendation is accepted.

2.  Claim One in the Petition is **granted**.

3.  Respondents are enjoined from arresting or detaining Petitioner pursuant to 8 U.S.C. § 1225.

4.  Claims Two, Three, and Four are **dismissed as moot**.

5.     Judgment shall be entered consistent with this Order.

6.     The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED:  April 6, 2026

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2