JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

MANUEL SOTO MUNOZ,

      Petitioner,

    v.

FERETI SEMAIA, et al.

      Respondents.

No. 5:25-cv-02898-MRA-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Petitioner's Claim One. Respondents are enjoined from arresting or detaining Petitioner pursuant to 8 U.S.C. § 1225. The Clerk of Court is directed to close this case.

DATED: April 6, 2026

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE